IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KAKAWANA R. TATE<br>also known as<br>Kawan Tate,<br><br>Defendant. | CRIMINAL FILE NO.<br>1:18-CR-315-TWT |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 49] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 40]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 40] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 11th day of January, 2023.

THOMAS W. THRASH, JR.
United States District Judge